> The Government is directed to reply to Mr. Allum's letter motion for discovery, (Doc. 28), by March 21, 2025. The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Plaintiff.
>
> Dated: March 4, 2025
>
> SO ORDERED:
>
> *Vernon Broderick*
> HON. VERNON S. BRODERICK
> UNITED STATES DISTRICT JUDGE

TRULINCS 27404054 - ALLUMS, YONELL - Unit: LOR-C-A

---

FROM: 27404054
TO:
SUBJECT:
DATE: 02/04/2025 11:14:52 AM

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN D

UNITED STATES OF AMERICA
RESPONDENT,

Doc no. 15 Cr.153 (VSB)
Doc no. 23 Civ. 1550(VSB)

vs

YONELL ALLUMS

Motion for Discovery and Production Of Documents Pursuant To Rule 6 Governing 28 U.S.C 2255 proceedings.

TO THE HONORABLE JUDGE VERNON S.BRODERICK COMES NOW YONELL ALLUMS, The petitioner, Pro Se, and respectfully seeks leave from this Honorable Court to conduct discovery and production of documents pursuant to rule 6(a)&(b) governing 28 U.S.C 2255 proceedings.
  Petitioner will show this court as follows:
1. Petitioner filed his 2255 motion with detailed facts concerning his claim that defense counsel Mr. Townsend provided ineffective assistance of counsel that he failed his obligation to confer with petitioner sufficiently in preparing a trial defense or strategy.
2. Petitioner attached to the 2255 motion his affidavit detailing the facts concerning defense counsel Mr. Townsend's ineffectiveness related to his failure to adequately spend time with petitioner to discuss trial strategy preperations.
3. This motion seeks leave requesting discovery of counsel Mr. Townsend Visitation and Time Records spent with petitioner. Petitioner Request
  ANY
4. And all correspondence that trial counsel Mr. Townsend has retained or is able to retrieve Via SMS logs, email logs, letter correspondence, secretarial messages, notes or by whatever avenue available to him.
5. Any Attorney logs All correspondence by way of coorlinks, monitored Emails or recorded Trufone Telephonic communications retained by the Federal Bureau Of Prisons specifically at MCC Manhattan Detention Center in New York, MDC Brooklyn Detention Center in New York between petitioner and Mr. Townsend.
6. Counsel Mr. Townsend claims in his Declaration Under penalties of Perjury he spent a "Significant" amount of time in both of these facilities with petitioner discussing his case. See: Client Attorney Privilege Waiver "Visitation and Time Spent With Mr.Allums" Declaration of Mr.. Townsend exhibit A 28-29 initially Mr.Townsend visited petitioner in the MDC in Brooklyn New York, during the trial itself petitioner was housed in the Metropolitan Correction Center "MCC" in lower Manhattan New York.

  Support for the request for discovery of visitation logs will reflect counsel Mr. Townsend did not visit petitioner significally and or spend a significant amount of time with petitioner in MCC or MDC as he claims before and after trial.
  The request for time records will establish Mr. Townsend discussed petitioner's Max sentencing guideline of 20 years only.
  Furthermore Mr. Townsend never explained or discussed petitioner's sentencing factors of the Lesser Included Offense submitted in the jury instructions or the exposure to the relevant conduct never the less enhancements as to Acquitted Conduct.
7. Petitioner seeks to have defense counsel Mr. Townsend answer Interrogatories concerning time records and visitation at MCC Manhattan and MDC Brooklyn.
8. Good cause is shown for the production of the requested documents that will establish the validity of petitioner's constitutional claim that defense counsel Mr. Townsend provided ineffective assistance for failure to confer with petitioner to prepare a defense strategy and review sentencing exposures.
  WHEREFORE, based on the above, petitioner, respectfully urges this HONORABLE COURT FOR LEAVE to conduct discovery and for production of documents pursuant to rule 6(a)& (b) governing 2255 proceedings.

  Petitioner request permission to submit the INTERROGATORY questions no later than 14 days.
  Respectfully submitted on this 3rd day of JANUARY, 2025

*Yonell Allums* #27404-054
Pro Se Representation