UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                :
YONELL ALLUMS,                     :
               Plaintiff,   :
                                :
        -against-             :         23-cv-01550 (VSB)
                                :
UNITED STATES OF AMERICA,  :         **ORDER**
                                :
              Defendant.  :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       I am in receipt of petitioner's supplemental briefing filed on September 3, 2025. (Doc. 43.) On August 12, 2025, I issued an order directing the Government to respond within thirty days of the submission of petitioner's supplemental briefing. (Doc. 42.) This Court also entered an order on October 2, 2025, relating to the stay of certain civil cases, and the tolling of certain deadlines in those cases, involving the United States Attorney's Office for the Southern District of New York throughout the pendency of the lapse in government appropriations for the Department of Justice. (1:25-mc-00433-LTS.) Funding has now been restored. The Government is hereby directed to respond to the supplemental briefing by December 15, 2025.

SO ORDERED.

Dated:      November 24, 2025
                New York, New York

                                                          Vernon S. Broderick
                                                          United States District Judge